**Maria Teresa Mercado MELENDEZ,**
**Petitioner,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

**No. 11–73835**

United States Court of Appeals,
Ninth Circuit.

Submitted August 16, 2016 *

Filed August 24, 2016

Stephen John Coghlan, Omar Nakib, Law Office of Stephen Coghlan, San Francisco, CA.

Craig Alan Newell, Jr., Erica Miles, Senior Litigation Counsel, OIL, Washington, DC, Chief Counsel ICE, San Francisco, CA.

Before: O'SCANNLAIN, LEAVY, and CLIFTON, Circuit Judges.

MEMORANDUM **

Maria Teresa Mercado Melendez, a native and citizen of El Salvador, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing her appeal from an immigration judge's decision denying her application for withholding of

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's factual findings. *Zetino v. Holder*, 622 F.3d 1007, 1012 (9th Cir. 2010). We deny the petition for review.

Substantial evidence supports the BIA's determination that Mercado Melendez failed to establish a nexus to her proposed protected ground. *See Parussimova v. Mukasey*, 555 F.3d 734, 740 (9th Cir. 2009) (the REAL ID Act "requires that a protected ground represent 'one central reason' for an asylum applicant's persecution"). We reject Mercado Melendez's contentions that the agency did not properly address her claim. In light of our disposition, we need not reach her remaining contentions. Thus, her withholding of removal claim fails.

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.